Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JEFFREY ADAMS HORNIBROOK,<br><br>    Defendant. | DOCKET NO: 6:14-mj-142-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 2 – possession of a controlled substance. HORNIBROOK plead Guilty to Count 2 – possession of a controlled substance, on January 20, 2015, with a 12 month deferred entry of judgment, and was ordered to 12 months of unsupervised probation, and a $400 fine. Count 1 was dismissed on a motion by the Government. HORNIBROOK has fully complied with the terms of his probation.

//

Dated: January 22, 2016            NATIONAL PARK SERVICE

                                                /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 2 in the above referenced matter, *United States v. Jeffrey Adams Hornibrook*, 6:14-mj-142-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 23, 2016            /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE